# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0288.  HARLAN JAMES VINCENT II v. CLAYTON COUNTY et al.**

On May 30, 2012, the trial court entered an order denying Harlan James Vincent II's motion to add a party-defendant in this personal injury action.  Nineteen days later, on June 18, 2012, the court certified its order for immediate review.  Vincent then applied to this court for an interlocutory appeal.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Because the certificate of immediate review in this case was not entered within ten days of entry of the order at issue, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*